UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA MCDANIEL,<br><br>                    Plaintiff,<br><br>     v.<br><br>DANIEL POWELL, et al.,<br><br>                    Defendants. | No. 2:13-cv-02653-MCE-AC<br><br><br>ORDER |

On March 31, 2015, plaintiff filed a motion to submit exhibits in support of her March 17, 2015, second amended complaint ("SAC"). ECF No. 48. The court construes this motion as a motion for leave to further amend the SAC. Local Rule 137(c) requires that motions for leave to amend include the proposed amended complaint. Plaintiff's motion argues that the court should grant her leave to submit her exhibits because she has been ill. ECF No. 48. Plaintiff states that illness prevented her from being able to prepare these exhibits and submit them with her SAC. Id. Plaintiff does not, however, attach the exhibits she refers to or explain what they are. Accordingly, the court will deny plaintiff's motion without prejudice for failure to comply with

///
///
////
////

1

1 | Local Rule 137(c). If plaintiff files another motion to amend she must attach her proposed
2 | amended complaint as well as any proposed exhibits.
3 |     IT IS SO ORDERED.
4 | DATED: April 3, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE