UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA GRACE McDANIEL,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL POWELL, et al.,<br><br>  Defendants. | No. 2:13-cv-02653-MCE-AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On January 16, 2018, plaintiff filed a Declaration. ECF No. 79. Plaintiff's case was closed on August 7, 2015. ECF No. 70. This court's judgment was affirmed by the Ninth Circuit on May 24, 2017. ECF No. 78. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. The Clerk of Court is ORDERED to disregard plaintiff's filing at ECF No. 79.

DATED: January 17, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE